

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Eustolio Encinia Jr,                              \* From the 441st District Court
                                                      of Midland County,
                                                      Trial Court No. CR54902

Vs. No. 11-21-00250-CR                           \* July 27, 2023

The State of Texas,                               \* Memorandum Opinion by Bailey, C.J.
                                                      (Panel consists of: Bailey, C.J.,
                                                      Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.